# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **CARLOS EDWARD VANCE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08CV00019 |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | By: James P. Jones |
| **COMMISSIONER** | ) | Chief United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the opinion accompanying this final judgment, it is

**ADJUDGED AND ORDERED** as follows:

1. The objections to the magistrate judge's report and recommendation are **granted in part and denied in part**;

2. The magistrate judge's report and recommendation is **accepted in part and rejected in part**;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is **denied** and the motion for summary judgment by the plaintiff is **denied**;

4. The final decision of the Commissioner is **vacated** and the case is **remanded** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C.A. § 405(g), consistent with the opinion of the court; and

5. The clerk is directed to close the case.

ENTER: August 1, 2009

/s/ JAMES P. JONES
Chief United States District Judge